FILED'08 MAY 01 13:10 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**RANULFO RIOS RIVAS,**
        Plaintiff,

v.

**UNITED STATES OF AMERICA;**
**MICHAEL B. MUKASEY**[1], Attorney
General of the United States; **MICHAEL**
**CHERTOFF,** Secretary of the Department of
Homeland Security; and **F. GERARD**
**HEINAUER,** Director, USCIS Nebraska
Service Center;
        Defendants.

Civil Case No. CV 07-1358-BR

Agency # A 75-095-873

**JUDGMENT**

Based on the parties' joint motion for entry of judgment, IT IS ORDERED AND ADJUDGED that the above captioned matter is DISMISSED without prejudice.

Dated: 5-1-08

_____
The Honorable Anna J. Brown
United States District Court Judge

---

[1] Michael B. Mukasey is automatically substituted for Alberto Gonzales under Fed. R. Civ. P. Rule 25(d)(l).